UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| MARK PAUL LIPTON, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | No.: | 3:21-CV-45-KAC-DCP |
| STATE OF TENNESSEE, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, the petition for a writ of habeas corpus is **DISMISSED** for lack of jurisdiction, and a certificate of appealability from this decision is **DENIED**.

Further, the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, and therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ John L. Medearis*
CLERK OF COURT